Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

04cv934AAA

FILED
JAN - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

M.S.
X-RAY
RG
Scanner

SOUTH JERSEY NJ 080
30 DEC 2005 PM 3 T
HAPPY HOLIDAY
12/13/2006
Mailed From 19801
US POSTAGE

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

RETURN TO SENDER
CANNOT IDENTIFY
BY MARK

NIXIE      080      1      70   12/28/05

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19899001818      *1127-01704-15-42

ANK

Samuel M. Jenkins, III
SBI# 04654-015
FCI
P.O. Box 420
Fairton, NJ 08320

## Utility Events
1:04-cv-00934-KAJ Jenkins v. USA, et al

## U.S. District Court

## District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 12/15/2006 at 12:25 PM EST and filed on 12/15/2006
**Case Name:** Jenkins v. USA, et al
**Case Number:** 1:04-cv-934
**Filer:**
**Document Number:** 1

**Docket Text:**
[1:04-cv-934-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Please include ***, in place of the Judge's initials, after the case number on all documents filed. (ntl)

**1:04-cv-934 Notice has been electronically mailed to:**

**1:04-cv-934 Notice has been delivered by other means to:**

Samuel M. Jenkins, III
SBI# 04654-015
FCI
P.O. Box 420
Fairton, NJ 08320

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/15/2006] [FileNumber=316801-0
] [57eb319e85049121ef7fee1a42bcbc5389431fe299f08614a6875cc5a7c64ddc7b1
a01c379b987a67da9ee2e31a965b35d4e8a7277c5db9bca96e84b78214050]]

h    ecf e    c c    c cg b            ch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:    JUDICIAL VACANCY

**STANDING ORDER**

At Wilmington this 15th day of December, 2006, in order to keep intact a docket for the judge who fills the vacancy left by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that, pending the investiture of said judge:

1. All civil cases previously assigned to Judge Jordan shall be reassigned to the vacant judicial position. But for cases filed under 28 U.S.C. §§ 158, 1334, 2254, and 2255, all such civil cases, and all such cases henceforth assigned to the vacant judicial position, shall be referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b).

2. To the extent resources permit, the judges of the court shall endeavor to keep cases moving forward toward resolution, including resolution by trial.

_____
United States District Judge